## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO, <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL LABOR RELATIONS AUTHORITY, FEDERAL SERVICE IMPASSES PANEL and UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION <br><br> Defendants. | Civil Action No. 1:08-cv-00481 |

### PROOF OF SERVICE OF SUMMONS

Pursuant to Fed. R. Civ. Pro. 4(l), attached please find for filing, proof of service in the above-captioned case verified by affidavit of Robert D. Coomber, who served a copy of the summons and the complaint in this case on the Federal Labor Relations Authority.

Respectfully submitted,

/s/ Natalie C. Moffett
William W. Osborne, Jr.
Natalie C. Moffett
Osborne Law Offices, P.C.
4301 Connecticut Avenue, N.W.
Suite 108
Washington, D.C. 20008
(202) 243-3200

Dated: March 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Proof of Service of Summons on the Federal Labor Relations Authority and accompanying Affidavit of Robert Coomber was served by U.S. Mail on the following on March 25, 2008:

The Honorable Michael B. Mukasey
U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Federal Labor Relations Authority
Office of Solicitor
1400 K Street, N.W.
3rd Floor
Washington, D.C. 20424

Federal Services Impasses Panel
1400 K Street, N.W.
3rd Floor
Washington, D.C. 20424

U.S. Department of Transportation
Federal Aviation Administration
800 Independence Avenue, SW
Washington, DC 20591

Office of the United States Attorney
Jeffrey A. Taylor, United States
    Attorney for the District of Columbia
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

                /s/ Natalie C. Moffett
                Natalie C. Moffett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL AIR TRAFFIC CONTROLLERS )
ASSOCIATION, AFL-CIO, )
)
      Plaintiff, )
) Civil Action No. 1:08-cv-00481
vs. )
)
FEDERAL LABOR RELATIONS AUTHORITY, )
FEDERAL SERVICE IMPASSES PANEL and )
UNITED STATES DEPARTMENT OF )
TRANSPORTATION, FEDERAL AVIATION )
ADMINISTRATION )
)
      Defendants. )
)

## AFFIDAVIT OF ROBERT COOMBER

I, Robert D. Coomber, being duly sworn, submit the following affidavit in accordance with Fed R. Civ. Proc. 4(l) to verify service of summons and a copy of the complaint in the above-captioned case on the following: the Federal Labor Relations Authority; the Federal Service Impasses Panel; the United States Department of Transportation, Federal Aviation Administration; the United States Attorney for the District of Columbia; and the United States Attorney General:

    1. Pursuant to Fed R. Civ. Pro. 4(c)(2), I am more than 18 years old, and I am not a party to this action. I live at 3300 16th Street, N.W., Apt. 401, Washington, D.C. and work at Osborne Law Offices, P.C., 4301 Connecticut Avenue, N.W., Suite 108, Washington, D.C. 20008. I am barred in the states of New York and New Jersey.

    2. On Friday, March 21, 2008, I served a copy of the summons and the complaint in the above-captioned case, by hand, on the Federal Labor Relations Authority, located at

1400 K Street, N.W., Washington, D.C. 20424. Darryll Gould accepted the summons and complaint on behalf of the Federal Labor Relations Authority.

3. On Friday, March 21, 2008, I served a copy of the summons and the complaint in the above-captioned case, by hand, on the Federal Services Impasse Panel, located at 1400 K Street, N.W., Washington, D.C. 20424. Darryll Gould accepted the summons on behalf of the Federal Service Impasses Panel.

4. On Friday, March 21, 2008, I served a copy of the summons and the complaint in the above-captioned case on the United States Department of Transportation, Federal Aviation Administration, located at 600 Independence Avenue, SW, Washington, D.C. 20591. I attempted to serve the United States Department of Transportation, Federal Aviation Administration at 800 Independence Avenue, SW, Washington, D.C. 20591, as is listed in the complaint and on the summons, but was redirected to 600 Independence Avenue, S.W., Washington, D.C. 20591. Richard H. Saltsman accepted the summons on behalf of the United States Department of Transportation, Federal Aviation Administration.

5. On Friday, March 21, 2008, I served a copy of the summons and the complaint in the above-captioned case on Jeffrey A. Taylor, United States Attorney for the District of Columbia, located at 501 3rd St, N.W., Washington, D.C. 20001. I attempted to serve Jeffrey A. Taylor, United States Attorney for the District of Columbia, at 555 Fourth Street, N.W., Washington, D.C., as is listed on the Summons, but was redirected to 501 3rd St, N.W., Washington, D.C. 20001. Lakesha Carroll accepted the summons on behalf of Jeffrey A. Taylor, United States Attorney for the District of Columbia.

6. On Friday, March 21, 2008, I served a copy of the summons and the complaint in the above-captioned case on the Honorable Michael B. Mukasey, U.S. Attorney General, located at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530. Sandra Carter accepted the summons on behalf of The Honorable Michael B. Mukasey, U.S. Attorney General.

The foregoing is true and correct to the best of my knowledge and belief.

Dated: March 25, 2008

Robert D. Coomber

District of Columbia: SS
Subscribed and sworn to before me, my presence,
this 25th Day of March , 2008

Notary Public
My commission expires:

Sharon C. Bristow
Notary Public, District of Columbia
My Commission Expires 08-21-...

4