IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO, | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | No. 1:08CV00481 (RMC) |
| FEDERAL LABOR RELATIONS AUTHORITY, FEDERAL SERVICE IMPASSES PANEL, and UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION, | ) ) ) ) ) ) | |
| Defendants | ) | |

**MOTION OF THE FEDERAL LABOR RELATIONS AUTHORITY
AND THE FEDERAL SERVICE IMPASSES PANEL FOR AN
ENLARGEMENT OF TIME TO FILE THEIR OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1), the Federal Service Impasses Panel and the

Federal Labor Relations Authority (FLRA defendants) hereby move this Court for an

enlargement of time to file their opposition to Plaintiff's Motion for Summary

Judgment. The opposition is currently due to be filed on May 15, 2008. The FLRA

defendants move for an extension of time to and including May 20, 2008. In support

of this Motion for Enlargement of Time, the FLRA defendants state as follows.

1.      On March 21, 2008, the National Air Traffic Controllers Association,

AFL-CIO (NATCA) filed suit in this Court against the Federal Labor Relations

Authority ("FLRA" or "Authority"), the Federal Service Impasses Panel (Panel), and

the United States Department of Transportation, Federal Aviation Administration

(FAA). Pursuant to Fed. R. Civ. P. 12(a)(2) and 12(b), defendants are required to

answer the complaint or file dispositive motions by May 20, 2008.

2.     On May 1, 2008, NATCA filed a Motion for Summary Judgment (Motion) and served a copy on all defendants that day. The FLRA defendants received the Motion on May 8, 2008. Pursuant to LCvR 7(b), any opposition to the Motion must be filed by May 15, 2008.

3.     The FLRA defendants intend to file a Motion to Dismiss Complaint, or, in the Alternative, for Summary Judgment on or before May 20, 2008. For the sake of economy, the FLRA defendants propose to incorporate the FLRA defendants' opposition to NATCA's Motion within the Memorandum in Support of the FLRA defendants' Motion to Dismiss. Accordingly, the FLRA defendants move this Court for an enlargement of time to file their opposition to NATCA's Motion to and including May 20, 2008.

4.     James F. Blandford, counsel for the FLRA defendants, has contacted William W. Osborne, Jr., counsel for NATCA. Mr. Blandford is authorized to state that Mr. Osborne has no objection to the enlargement of time sought by the FLRA defendants. Mr. Blandford has also left a message with Ms. Beverly Russell, Assistant United States Attorney representing the FAA, but has not received a response.

Respectfully submitted.

_____/s/_____
ROSA M. KOPPEL
Solicitor


_____/s/_____  _____
WILLIAM R. TOBEY
Deputy Solicitor


_____/s/_____
JAMES F. BLANDFORD
Attorney

Federal Labor Relations Authority
1400 K Street, NW.
Washington, DC  20424-0001
(202) 218-7999; FAX (202) 343-1007

May 12, 2008

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL AIR TRAFFIC CONTROLLERS    )
ASSOCIATION, AFL-CIO,    )
                   Plaintiff    )
                             )
            v.    )    No. 1:08CV00481 (RMC)
                             )
FEDERAL LABOR RELATIONS AUTHORITY, )
FEDERAL SERVICE IMPASSES PANEL, and    )
UNITED STATES DEPARTMENT OF    )
TRANSPORTATION, FEDERAL AVIATION    )
ADMINISTRATION,    )
                   Defendants    )

## CERTIFICATE OF SERVICE

     I certify that a copy of the Motion of the Federal Labor Relations Authority and the Federal Service Impasses Panel For An Enlargement of Time to File Their Opposition to Plaintiff's Motion For Summary Judgment has been served this day, by mail, upon the following:

                 William W. Osborne, Jr.
                 Osborne Law Offices, P.C.
                 4301 Connecticut Avenue, N.W.
                 Suite 108
                 Washington, D.C. 20008

                 Beverly Russell
                 Assistant United States Attorney
                 502 3rd Street, N.W.
                 Washington, D.C. 20001

                        /s/
                 James F. Blandford
                 Attorney, FLRA & FSIP

May 12, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO, | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) ) | No. 1:08CV00481 (RMC) |
| FEDERAL LABOR RELATIONS AUTHORITY, FEDERAL SERVICE IMPASSES PANEL, and UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION, | ) ) ) ) ) ) | |
| Defendants | ) | |

**ORDER**

UPON CONSIDERATION of the Motion of the Federal Labor Relations Authority and the Federal Service Impasses Panel for An Enlargement of Time to File Their Opposition to Plaintiff's Motion for Summary Judgment, it is by this Court this __ day of _____, _____, hereby

ORDERED that the said motion be and hereby is granted; and it is hereby FURTHER ORDERED that any opposition to Plaintiffs Motion for Summary Judgment filed by the Federal Labor Relations Authority and the Federal Service Impasses Panel must be filed no later than May 20, 2008.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE