UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO,** <br><br> Plaintiff, <br><br> v. <br><br> **FEDERAL SERVICE IMPASSES PANEL and FEDERAL LABOR RELATIONS AUTHORITY,** <br><br> and <br><br> **UNITED STATES DEPT. OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION,** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **Civil Action No. 08-00481(RMC)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT FEDERAL AVIATION ADMINISTRATION'S
UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT AND MOTION FOR SUMMARY JUDGMENT**

The United States Department of Transportation, Federal Aviation Administration ("FAA"), by and through its undersigned counsel, respectfully moves the Court, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time to May 27, 2008 to respond to both Plaintiff's Complaint and Motion for Summary Judgment. The current deadlines are May 15, 2008 to respond to Plaintiff's Motion for Summary Judgment and May 20, 2008 to answer, move or otherwise respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the undersigned counsel contacted Plaintiff's counsel and was informed that Plaintiff does not oppose the relief requested herein. In support of the motion, the FAA states the following.

Defendant FAA requests the extension because of the work-related demands on its counsel, and with the objective of facilitating the efficient briefing on and disposition of

Plaintiff's claims. As to the former, this week, Defendant's counsel has three filings due in Roane v. Mukasey, Civil Action No. 05-2337(RWR), the federal case challenging the lethal injection protocol used to effectuate the death penalty, and a dispositive motion due in Schroer v. Billington, Civil Action No. 05-1090(JR), a Title VII case. The extension will provide the undersigned counsel a sufficient period to coordinate a response to both the Complaint and the pending Motion for Summary Judgment with the Agency. Further, Defendant FAA anticipates filing a consolidated response addressing Plaintiff's claims in its Complaint and arguments in its motion for summary judgment. Defendant believes that a consolidated response would advance the efficient disposition of this suit. Accordingly, for the above-noted reasons, Defendant FAA respectfully moves for an extension of time to May 27, 2008 to file its responses to Plaintiff's Complaint and Motion for Summary Judgment. The FLRA has moved for an extension of time to May 20, 2008 to file its responses to Plaintiff's pleading and dispositive motion. Again, for the efficient disposition of this suit and with the consent of Plaintiff and defendant FLRA, defendant FAA also moves to have the time period by which Plaintiff must file its responses to both the FLRA's and the FAA's filings extended to June 10, 2008.

     A proposed Order consistent with the relief requested herein accompanies this Motion.

Date: May 12, 2008

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant Federal Aviation Administration's Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint and Motion for Summary Judgment* was made by the Court's Electronic Case Filing System to:

William W. Osborne, Jr.
Natalie C. Moffett
Osborne Law Offices, P.C.
4301 Connecticut Avenue, N.W., Suite 108
Washington, D.C. 20008
b.osborne@osbornelaw.com

Marguerite L. Graf
General Counsel
National Air Traffic Controllers Association, AFL-CIO
1325 Massachusetts Avenue, N.W.
Washington, D.C. 20005
mgraf@natcadc.org

James F. Blandford
Federal Labor Relations Authority
1400 K Street, N.W., Suite 300
Washington, D.C. 20424
jblandford@flra.gov

this 12th of May, 2008.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 08-00481(RMC) ) |
| FEDERAL SERVICE IMPASSES PANEL and FEDERAL LABOR RELATIONS AUTHORITY, | ) ) ) |
| and | ) ) |
| UNITED STATES DEPT. OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION, | ) ) ) |
| Defendants. | ) ) |

ORDER

UPON CONSIDERATION of *Defendant Federal Aviation Administration's Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint and Motion for Summary Judgment*, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including May 27 2008 to file its response to Plaintiff's Complaint and Motion for Summary Judgment; and it is further

ORDERED that Plaintiff shall have up to and including June 10, 2008 to file its responses to the Federal Labor Relations Authority's filings due May 20, 2008 and the Federal Aviation Administration's filings due May 27, 2008;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
William W. Osborne, Jr.
Natalie C. Moffett
Osborne Law Offices, P.C.
4301 Connecticut Avenue, N.W., Suite 108
Washington, D.C. 20008
b.osborne@osbornelaw.com

Marguerite L. Graf
General Counsel
National Air Traffic Controllers Association, AFL-CIO
1325 Massachusetts Avenue, N.W.
Washington, D.C. 20005
mgraf@natcadc.org

James F. Blandford
Federal Labor Relations Authority
1400 K Street, N.W., Suite 300
Washington, D.C. 20424
jblandford@flra.gov

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C. 20530
beverly.russell@usdoj.gov