UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 08-00481(RMC) ) |
| **FEDERAL SERVICE IMPASSES PANEL and FEDERAL LABOR RELATIONS AUTHORITY,** | ) ) ) |
| and | ) ) |
| **UNITED STATES DEPT. OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION,** | ) ) ) |
| Defendants. | ) ) |

**DEFENDANT FEDERAL AVIATION ADMINISTRATION'S
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant Federal Aviation Administration opposes Plaintiff's Motion for Summary Judgment. The memorandum in support of this opposition and proposed Order were filed with *Defendant Federal Aviation Administration's Motion to Dismiss and Opposition to Plaintiff's Motion for Summary Judgment*.

Respectfully Submitted,


/s/ Jeffrey A. Taylor /bmr

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /bmr

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell

| | |
|---|---|
| Of Counsel: | _____ |
| Elizabeth Head, Esq. | BEVERLY M. RUSSELL, D.C. Bar #454257 |
| Michael Doherty, Esq. | Assistant United States Attorney |
| Federal Aviation Administration | U.S. Attorney's Office for the District of Columbia, Civil Division |

555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant Federal Aviation Administration's Opposition to Plaintiff's Motion for Summary Judgment* was made by the Court's Electronic Case Filing System to:

William W. Osborne, Jr.
Natalie C. Moffett
Osborne Law Offices, P.C.
4301 Connecticut Avenue, N.W., Suite 108
Washington, D.C. 20008
b.osborne@osbornelaw.com

Marguerite L. Graf
General Counsel
National Air Traffic Controllers Association, AFL-CIO
1325 Massachusetts Avenue, N.W.
Washington, D.C. 20005
mgraf@natcadc.org

James F. Blandford
Federal Labor Relations Authority
1400 K Street, N.W., Suite 300
Washington, D.C. 20424
jblandford@flra.gov

this <u>20th</u> of May, 2008.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney